453 F.2d 752
 UNITED STATES of America, Plaintiff-Appellee,
v.
Joseph ROSSI, Appellant.
 No. 71-1605.
 United States Court of Appeals,
Ninth Circuit.
 Feb. 7, 1972.
Rehearing Denied March 7, 1972.
 
 Michael D. Nasatir (argued), of Nasatir, Sherman & Hirsch, Beverly Hills, Cal., for appellant.
 Catherine A. Chandler, Asst. U. S. Atty., Harry D. Steward, U. S. Atty., Stephen G. Nelson, Chief, Crim. Division, San Diego, Cal., for plaintiff-appellee.
 Before CHAMBERS, KOELSCH and WRIGHT, Circuit Judges.
 PER CURIAM:
 
 
 1
 The judgment of conviction in this marijuana smuggling case is affirmed.
 
 
 2
 We find no error, although appellant's contentions are ably presented.
 
 
 3
 The mandate will issue now.